| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Matsumoto, Kiyo A. | 2. Court or Organization<br><br>U.S. District Court (EDNY) | 3. Date of Report<br><br>8/2/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Active Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board member | Residential coop:          [PLEASE DO NOT DISCLOSE] |
| 2. | Honors Committee | New York City Bar Association |
| 3. | Family trust with brother | Qualified Personal Residence Trust #1 (Deceased parents' home) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/11-14/17 | Nat'l Conference of Bar Examiners drafting bar exam | $3,500.00 |
| 2. 10/2629/17 | Nat'l Conference of Bar Examiners drafting bar exam | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Teaching, _____ (spouse) [DO NOT DISCLOSE NAME OF SCHOOL] |
| 2. 2017 | Self-employed rentals (spouse) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 6/11-14/17 | Snowmass, CO | Drafting bar exam | Transportation, meals, lodging |
| 2. | National Conference of Bar Examiners | 10/26-29/17 | Montreal, Canada | Drafting bar exam | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▮▮▮▮▮▮ | Tuition | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank IRA & Savings Acct | C | Interest | L | T | | | | | |
| 2. Chase Bank, savings and checking | C | Interest | L | T | | | | | |
| 3. Brighthouse Financial (MetLife:see 4-6) | | | | | | | | | |
| 4. -For Brighthouse: Fidelity VIP Eq. Inc. | A | Int./Div. | K | T | | | | | |
| 5. -For Brighthouse: MFS Research Int'l | A | Int./Div. | J | T | | | | | |
| 6. -For Brighthouse: Asset All 100 | A | Int./Div. | K | T | | | | | |
| 7. Memorial Partnership ▓▓▓ | C | Rent | L | W | | | | | |
| 8. Series EE Savings Bonds | G | Interest | J | T | | | | | |
| 9. Charles Schwab IRA/Accts | | | | | | | | | |
| 10. -1. Colgate Palmolive (common) | A | Int./Div. | J | T | | | | | |
| 11. -2. Procter & Gamble (common) | A | Int./Div. | J | T | | | | | |
| 12. -3. Hewlett Packard (common) | A | Int./Div. | J | T | | | | | |
| 13. -4. DXC Technology Com | A | Int./Div. | J | T | Spinoff (from line 9) | 04/03/17 | | | |
| 14. -5. Microfocus Int'l. | A | Int./Div. | J | T | Spinoff (from line 9) | 8/31/17 | | | |
| 15. -6. Time Warner (common) | A | Int./Div. | J | T | | | | | |
| 16. Tax Deferred Retirement Annuity Plan (see 16-26) | | | | | | | | | |
| 17. -TIAA Stable Value | C | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vang 500 Idx Adm | D | Int./Div. | K | T | | | | | |
| 19.  -T. Rowe Inst Lrg Cap Grw | C | Int./Div. | J | T | | | | | |
| 20.  -American EuroPac Grw R6 | B | Int./Div. | J | T | | | | | |
| 21.  -DFA US SmallCap Prtf Inst | C | Int./Div. | K | T | | | | | |
| 22.  -PIMCO Total Return Instl | C | Int./Div. | L | T | | | | | |
| 23.  -PIMCO Low Duration Instl | A | Int./Div. | K | T | | | | | |
| 24.  -T-C Money Market Rtmt | A | Int./Div. | J | T | | | | | |
| 25.  -CREF Social Choice R1 | C | Int./Div. | K | T | | | | | |
| 26.  -Vang Target Ret 2010 Inv | A | Int./Div. | K | T | | | | | |
| 27.  NY State Edu. Fund:Y Moderate Age Opt., Conserv. Growth | A | Interest | J | T | Distributed (part) | 08/11/17 | J | | College tuition |
| 28.  Charitable Remainder Trust (JP Morgan) (see 29-70 ) | E | Distribution | N | T | Distributed (part) | 02/01/17 | | | |
| 29.  - 1. JP Morgan Deposit Sweep MGD JPMorgan Chase Bank NA | A | Int./Div. | J | T | | | | | |
| 30.  -2. Abbvie Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 31.  -3. Altria Group Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | B | |
| 32.  -4. American Electric Power | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 33.  -5. Astrazeneca PLC | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 34.  -6. AT&T | A | Int./Div. | | T | Sold | 01/17/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -7. BCE Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 36. -8. BP PLC Sponsored ADR | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 37. -9. Chevron Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | B | |
| 38. -10. Coca Cola Co. | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 39. -11. Consolidated Edison Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 40. -12. Crown Castle | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 41. -13. Dominion Resources Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 42. -14. Duke Energy Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | B | |
| 43. -15. Exxon Mobil Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 44. -16. General Mills Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 45. -17. GlaxoSmithKline PLC | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 46. -18. Johnson & Johnson | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 47. -19. Kimberly Clark Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 48. -20. Kraft Heinz Co. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 49. -21. McDonalds Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 50. -22. Merck & Co. Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | B | |
| 51. -23. National Grid PLC New | A | Int./Div. | | T | Sold | 01/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 8/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -24. Novartis AG | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 53. -25. Occidental Pete Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 54. -26. Pepsico Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 55. -27. Philip Morris | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 56. -28. PPL Corp. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 57. -29. Procter & Gamble Co. | A | Int./Div. | | T | Sold | 01/17/17 | J | B | |
| 58. -30. Realty Income Corp | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 59. -31. Sanofi | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 60. -32. Southern Co. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 61. -33. Total SA | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 62. -34. Unilever PLC | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 63. -35. Ventas Inc | A | Dividend | | T | Sold | 01/17/17 | J | A | |
| 64. -36. Verizon Communications | A | Int./Div. | | T | Sold | 01/17/17 | K | B | |
| 65. -37. Vodafone Group PLC | A | Int./Div. | | T | Sold | 01/17/17 | J | | |
| 66. -38. Welltower Inc. | A | Int./Div. | | T | Sold | 01/17/17 | J | A | |
| 67. -39. Federated Strategic Value | E | Int./Div. | N | T | Buy | 02/07/17 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Matsumoto, Kiyo A. | 8/2/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: The Qualified Personal Residence Trust has no reportable assets.


Part VII. Investments and Trusts

Lines 3-6: In March 2017, Met Life created a company called Brighthouse Financial, whic includes New England Life, for variable life insurance policies. The allocation percentages for the accounts in the policy have remained the same, as do two of the three names of the assets held.

Lines 13-14: The notations on the Schwab statement for DXC Technology Com and Microfocus state they are spinoff without any other reference and provide respective dates of 4/3/17 and 8/31/17. The filer did not choose or direct the transactions. Value as of 12/31/17 was $99.55 for DXC and $30.24 for Microfocus.

Tax Deferred Retirement Annuity Plan (Items 16-26) is not self-directed. We do not exercise control over what is purchased or sold or when. Column B: (Items 16-26): The quarterly statements for the above do not specify either income or transactions, but state values which are reported. I used the "Gain or Loss" amount to report income in Column B.

The Charitable Remainder Trust (Items 28-67) is not owned by the filer, but the filer receives income annually as a beneficiary. The trust corpus will be donated to charity upon the filer's death. The filer has not chosen or directed the purchase or sale of assets held by the trust. If Column D (4) is blank, it is because there was a loss. The date of acquisition of Federated Strategic Value is Feb. 7, 2017, and was purchased with proceeds from the sale of all trust assets listed in my 2016 FDR for JP Morgan.


Line 68: Monthly annuity from deceased's life insurance policy ($280.96 x 9 months : April-December 2017)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kiyo A. Matsumoto**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544